UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Jamel Upson,

    Defendant.

-------------------------------------------------------x

ORDER

Docket No. 15 CR 00570 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Matthew John Galluzzo, is to assume representation of the defendant in the above captioned matter as of March 29, 2023. Mr. Galluzzo is appointed pursuant to the Criminal Justice Act. His address is The Law Office of Matthew Galluzzo, 11 Broadway, Suite 715, New York, New York 10004, phone number (212) 344-5180; Email:matthew.galluzzo@gjllp.com Don D. Buchwald is relieved as counsel.

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       March 31, 2023